IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

FRANK WILSON

CV# 05-1731-HO

    Plaintiff,

vs.

~~PROPOSED~~ ORDER ATTORNEY FEES

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,094.36 are awarded to Plaintiff's attorney, Merrill Schneider, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no expenses to be paid herein.

DATED this 27th day of February, 2007.

                                    /s/ Michael R. Hogan
                                    Michael R. Hogan
                                    United States District Judge

Presented by:

s/ MERRILL SCHNEIDER
Attorney for Plaintiff
(503) 255-9092

ORDER – [05-1731-HO]
Page 1