Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

FILED'10 SEP 14 15:48 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FRANK WILSON III,
    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV # 05-1731-HO

ORDER

    The court finds and orders an attorney fee of $8905.56 pursuant to 42 U.S.C. § 406(b).

    This court previously awarded Equal Access to Justice Act fees of $5094.36 to Plaintiff under 28 U.S.C. § 2412. Upon receipt of the fee of $8905.56, Plaintiff's attorney will refund $5094.36, the EAJA amount previously awarded in this matter, to Plaintiff.

    Dated this 14th day of September, 2010.

Michael R. Hogan
United States District Judge